IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON COLLURA,<br>　　　　　Plaintiff, | CIVIL ACTION |
| v. | |
| P/O CEDRIC WHITE, P/O JOSEPH CORVI, and P/O DANIEL DAVIS,<br>　　　　　Defendants. | NO. 12-4398 |

## O R D E R

**AND NOW**, this 14th day of November, 2013, upon consideration of *pro se* plaintiff's Motion for Postponement of Non Jurisdictional Hearing (Document No. 79, filed September 24, 2013), Defendants' Response in Opposition to Plaintiff's Renewed Motion for Summary Judgment, Renewed Motion to Stay, and Motion for Postponement of Show Cause Hearing (Document No. 82, filed October 1, 2013), and *pro se* Plaintiff's Reply in Opposition to Defendant's [sic] Response to Summary Judgment, Stay, and Postpone (Document No. 86, filed October 15, 2013), for the reasons set forth in the accompanying Memorandum dated November 14, 2013, **IT IS ORDERED** that *pro se* plaintiff's Motion for Postponement of Non Jurisdictional Hearing is **DENIED**.

**IT IS FURTHER ORDERED** that for the reasons set forth in the accompanying Memorandum dated November 14, 2013, plaintiff's Second Amended Complaint is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Clerk of Court shall **MARK** the case **CLOSED**.

　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　/s/ Jan E. DuBois　　　
　　　　　　　　　　　　　　　　　　　**DuBOIS, JAN E., J.**